# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| Luz Moreno | : | Case No.:  19-04512 |
| | : | Chapter 7 |
| Debtor. | : | Judge Timothy A. Barnes |
| | : | * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF MOTION WITH 30 DAY WAIVER

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

R. Scott Alsterda
Nixon Peabody LLP
70 West Madison Street
Chicago, IL  60602

Vasilios S. Sarikas
Attorney for Luz Moreno
The Sarikas Law Group, LLC
6616 W Cermak Road
Berwyn, IL  60402
vss@slawus.com

**Notified via US Postal Service**

Luz Moreno
7122 S. Avers Ave.
Chicago, IL  60629

Luz Moreno
Ricardo Moreno
7122 S Avers Ave
Chicago, IL  60629

19-007976_FXF

Please take notice that on April 2, 2019, at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, 219 South Dearborn, Courtroom 744, Chicago, IL, 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

### **AFFIDAVIT OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, on 1st day of March, 2019, unless a copy was provided electronically by the Clerk of the Court.

Date  March 1, 2019                            /s/ Todd J. Ruchman

                                                        Signature

19-007976_FXF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Motion with 30

Day Waiver was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

R. Scott Alsterda, Nixon Peabody LLP, 70 West Madison Street, Chicago, IL  60602

Vasilios S. Sarikas, Attorney for  Luz Moreno, The Sarikas Law Group, LLC, 6616 W
Cermak Road, Berwyn, IL  60402, vss@slawus.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 1, 2019:

Luz Moreno, 7122 S. Avers Ave., Chicago, IL  60629

Luz Moreno and Ricardo Moreno, 7122 S Avers Ave, Chicago, IL 60629

The undersigned hereby certifies that a copy of the foregoing Notice of Motion with 30

Day Waiver was served on all parties listed on the attached creditor matrix via regular U.S. Mail,

postage prepaid on March 1, 2019.

/s/ Todd J. Ruchman

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|                    |   |                                            |
|--------------------|---|--------------------------------------------|
| In re:             | : |                                            |
|                    | : |                                            |
| **Luz Moreno**     | : | **Case No.:  19-04512**                    |
|                    | : | **Chapter 7**                              |
| **Debtor.**        | : | **Judge Timothy A. Barnes**                |
|                    | : | * * * * * * * * * * * * * * * * * * * *    |
|                    | : |                                            |

<u>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT
OF PROPERTY OF THE ESTATE WITH 30 DAY WAIVER (FIRST MORTGAGE)**</u>

Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit

Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan ("Creditor"), hereby

moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay and for

abandonment of property under Bankruptcy Code §554 with 30 day waiver as to real property

commonly referred toas 7122 S Avers Ave, Chicago, IL 60629 ("Property").  In support of the

states the following:

1.     This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33

       of the United States District Court for the Northern District of Illinois.  This is a core

       proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion are

       proper under 28 U.S.C. § 1408 and 1409.

2.     Luz Moreno ("Debtor") filed a Chapter 7 case on February 20, 2019, ("Petition Date").

3.     As of the Petition Date, the Movant was the holder of a claim secured by the Property,

       more particularly described in the Mortgage ("Mortgage"), a copy of which is attached as

       Exhibit "A".

19-007976_FXF

4.     The above described Mortgage was given to secure a Note, ("Note"), dated March 30, 2007 and made payable to the Movant in the original sum of $190,000.00.  A copy of the Note is attached hereto as Exhibit "B".

5.     The Movant perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Cook County Recorder's Office on April 5, 2007.  Evidence of perfection is attached as Exhibit "A".

6.     The loan was modified as set forth in the Home Affordable Modification Agreement attached as Exhibit "C".

7.     Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

8.     As of February 27, 2019, the outstanding principal of the Note was $126,859.47 and the outstanding interest was $4,278.72.

9.     The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

a.   Debtor has no equity in the Property.  Movant believes that the Property has a value of $190,880.00 based on the Assessor's Value, which is attached hereto as Exhibit "D".  As of February 27, 2019, the estimated principal balance is $126,859.47 with additional interest estimated at $4,278.72, escrow advance estimated at $1,913.92 and corporate advances estimated at $70,243.53 totaling a secured claim of approximately $203,295.64.  After the costs of sale and payment of all liens on the Property, there

19-007976_FXF

will be effectively no equity in this Property.  Based upon the lack of equity in the

Property, Movant asserts that the Property is burdensome and/or of inconsequential

value and benefit to the estate.

b. The Movant is not being adequately protected.  Per the Note and Mortgage, payments

are applied to the last month due.  Based on the foregoing, Debtor has failed to make

periodic payments to Creditor since April 1, 2018 through February 2019, with

arrears totaling $9,012.47 as of February 27, 2019.

WHEREFORE, Creditor prays for an Order Terminating the Automatic Stay of 11 U.S.C.

§ 362 of the Bankruptcy Code and for abandonment of property under Bankruptcy Code §554 as

to the Creditor and its principal, successors, heirs and assigns with respect to the subject property

located at 7122 S Avers Ave, Chicago, IL 60629.  Additionally, Creditor requests the

Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have

immediate effect.

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J.
Ruchman.
Contact email is
tjruchman@manleydeas.com

19-007976_FXF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and for Abandonment of Property of the Estate with 30 day waiver (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

R Scott Alsterda, Nixon Peabody LLP, 70 West Madison Street, Suite 3500, Chicago, IL 60602

Vasilios S. Sarikas, Attorney for  Luz Moreno, The Sarikas Law Group, LLC, 6616 W Cermak Road, Berwyn, IL  60402, vss@slawus.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 1, 2019:

Luz Moreno, 7122 S. Avers Ave., Chicago, IL  60629

Luz Moreno and Ricardo Moreno, 7122 S Avers Ave, Chicago, IL 60629

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and for Abandonment of Property of the Estate (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on March 1, 2019.

/s/ Todd J. Ruchman

19-007976_FXF

```
Label Matrix for local noticing        PRA Receivables Management, LLC        U.S. Bankruptcy Court
0752-1                                  PO Box 41021                           Eastern Division
Case 19-04512                           Norfolk, VA 23541-1021                 219 S Dearborn
Northern District of Illinois                                                  7th Floor
Eastern Division                                                               Chicago, IL 60604-1702
Fri Mar  1 09:47:48 CST 2019

Bank of America                         Federal Home Loan Mortgage Corporation JCPenny
PO BOX 2240                             c/o Manley Deas Kochalski LLC          6501 Legacy Dr.
Brea, CA 92822                          P.O. Box 165028                        Plano, TX 75024-3698
                                        Columbus, OH 43216-5028


Manley Deas Kochalski LLC               Nationstar Mortgage, LLC               Sears/ CBNA
One East Wacker, Ste. 1250              8950 Cypress Waters Blvd.              PO Box 6282
Chicago, IL 60601-1980                  Coppell, TX 75019-4620                 Sioux Falls, SD 57117-6282



Synchrony Bank                          Walmart                                Luz Moreno
c/o PRA Receivables Management, LLC     PO BOX 103027                          7122 S. Avers Ave.
PO Box 41021                            Roswell, GA 30076                      Chicago, IL 60629-4317
Norfolk, VA 23541-1021



Patrick S Layng                         Trustee R Scott Alsterda               Vasilios S. Sarikas
Office of the U.S. Trustee, Region 11   Nixon Peabody LLP                      The Sarikas Law Group, LLC
219 S Dearborn St                       70 West Madison Street                 6616 W Cermak Road
Room 873                                Suite 3500                             Berwyn, IL 60402-2398
Chicago, IL 60604-2027                  Chicago, IL 60602-4224
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Federal Home Loan Mortgage Corporation   (d)Sears/CBNA                End of Label Matrix
                                             PO Box 6282                 Mailable recipients    14
                                             Sioux Falls, SD 57117-6282  Bypassed recipients     2
                                                                         Total                  16
```